No. 672. PLANTERS COTTON OIL CO., INC., ET AL. *v.* HOPKINS, COLLECTOR. March 21, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. Joe A. Worsham, J. L. Gammon, W. A. Sutherland,* and *J. M. Burford* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, J. Louis Monarch,* and *Norman D. Keller* for respondent.

No. 698. L'HOTE ET AL. *v.* CROWELL, DEPUTY COMMISSIONER, ET AL. March 21, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted limited to the question raised by the review of the Deputy Commissioner's finding as to the dependency of Zeb Payne. *Mr. Arthur A. Moreno* for petitioners. *Solicitor General Thacher, Assistant Attorney General St. Lewis,* and *Messrs. Claude R. Branch* and *W. Clifton Stone* for Crowell.

No. 714. MACDONALD, TRUSTEE, *v.* PLYMOUTH COUNTY TRUST CO. March 21, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Mr. Robert A. B. Cook* for petitioner. *Mr. Joseph B. Jacobs* for respondent.

No. 730. LANG *v.* UNITED STATES. March 21, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Charles Dickerman Williams* and *Jerome A. Strauss* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch* and *Norman J. Morrisson* for the United States.